```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

UNITED STATES OF AMERICA
ex rel. RICHARD L. CAPUTO,

    Plaintiff,

v.                                  Case No. 8:13-cv-2591-T-33AAS

BAY AREA PARTNERS, LTD, et al.,

    Defendant.
_____/

### ORDER

    This matter comes before the Court upon the United States and Relator Richard Caputo's Joint Stipulation of Dismissal as to Defendant Bay Area Partners, LTD. (Doc. # 33), filed on December 6, 2016. As stated below, the action is dismissed.

    This qui tam action was brought pursuant to the Federal Civil False Claims Act, 31 U.S.C. § 3729 et seq., and filed under seal on October 7, 2013. (Doc. # 1). An Amended Complaint was filed under seal on May 22, 2014. (Doc. # 5). The Amended Complaint alleged Bay Area Partners, Healthtronics, Inc., Urology Specialists of West Florida, LLP, Morton Plant Mease Health Care, Inc., Baycare Health System, Inc., and Michael S. Klavans, M.D. violated 31 U.S.C. § 3729(a). (Id.).

The case proceeded under seal until the United States filed its (1) Notice of Election to Decline Intervention as to Healthtronics, Klavans, Urology Specialists, Morton Plant Mease Health Care, and Baycare pursuant to 31 U.S.C. § 3730(b)(4)(B) and (2) Notice of Election to Intervene in Part and Notice of Proposed Settlement as to Bay Area Partners pursuant to 31 U.S.C. § 3730(b)(2) and (4). (Doc. ## 21-22). The seal was lifted pursuant to the Court's Order entered on June 24, 2016. (Doc. # 23).

Thereafter, on August 25, 2016, the Relator voluntarily dismissed his claim against Healthtronics, Klavans, Urology Specialists, Morton Plant Mease Health Care, and Baycare with prejudice. (Doc. # 26). The next day, the United States informed the Court pursuant to 31 U.S.C. § 3730(b)(1) that it consented to the dismissal of Healthtronics, Klavans, Urology Specialists, Morton Plant Mease Health Care, and Baycare because the voluntary dismissal was without prejudice to any rights of the United States. (Doc. # 28). The Court dismissed Healthtronics, Klavans, Urology Specialists, Morton Plant Mease Health Care, and Baycare from the action with prejudice as to the Relator and without prejudice as to the United States. (Doc. # 31).

Also on August 26, 2016, the United States filed a status report informing the Court that the United States, the Relator, and Bay Area Partners finalized a settlement agreement that required a final settlement payment by Bay Area Partners on or before December 1, 2016. (Doc. # 29). By separate motion, the United States moved to stay the action after Healthtronics, Klavans, Urology Specialists, Morton Plant Mease Health Care, and Baycare were dismissed in order to allow the United States, the Relator, and Bay Area Partners to file a joint stipulation of dismissal once the final settlement payment was made. (Doc. # 30). The Court stayed and administratively closed the action until December 8, 2016. (Doc. # 26).

On December 6, 2016, the United States and the Relator filed the instant Joint Stipulation of Dismissal as to Defendant Bay Area Partners, LTD. (Doc. # 33). The Joint Stipulation indicates that

> [p]ursuant to the terms of th[e] Settlement Agreement, the United States and Relator agree to dismiss with prejudice, as to the United States and the Relator, those claims and allegations that are included within the Covered Conduct (as defined in the Settlement Agreement), and to dismiss, with prejudice as to the Relator and without prejudice as to the United States, all remaining claims and allegations.

3

(Id. at 1). The Joint Stipulation also indicates "the parties have . . . resolved the issues of Relator's share of the recovery from Defendant BAP, as well as Relator's rights to costs and fees from BAP, both provided for under 31 U.S.C. § 3730(d)(1)." (Id. at 2). Furthermore, the parties indicate they have agreed each will bear its own costs, expenses, and attorney's fees, except as specifically set forth in the Settlement Agreement. (Id.). Finally, the Joint Stipulation indicates Bay Area Partners and its counsel "are aware of the filing of the Joint Stipulation of Dismissal as to Defendant BAP and have no objection to it." (Id.).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Bay Area Partners, LTD, the sole remaining Defendant in this action, is dismissed consistent with the terms of the Settlement Agreement with an effective date of July 7, 2016.

(2) As the last Defendant has been dismissed, the case, which was previously administratively closed, shall now be closed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14th day of December, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE